In re Assigned Estate of the Order of Tonti.    Appeal of Alonzo Beatty et al.

Argued Jan. 23, 1896.    Appeal, No. 191, Jan. T., 1896, by Alonzo Beatty et al., from order of C. P. No. 1, Phila. Co., March T., 1894, No.    , dismissing exceptions to auditor's report.    Before STERRETT, C. J., GREEN, WILLIAMS, McCOLLUM, MITCHELL, DEAN and FELL, JJ.    Affirmed.

Exceptions were filed that the auditor erred,—

1. In finding that the holders of the so-called matured certificates were only entitled to prorate with the other certificate holders in the distribution on the basis of the amount paid in. [1]

2. In admitting to participation in the distribution certificate holders who had received in sick benefits an amount equal to or greater than the amount of the dividend awarded. [2]

3. In awarding to the certificate holders, who had received in sick benefits an amount less than the dividend awarded, a dividend on the balance of the amount paid in by them. [3]

The court dismissed the exceptions.

*Errors assigned* were, (1–3) in dismissing exceptions to auditor's report.

*H. B. Gill, John R. Read* and *Silas W. Pettit* with him, for appellants.

*M. Hampton Todd* and *John G. Johnson, William Findlay Brown* with them, for appellees.

PER CURIAM, February 3, 1896:

This case was argued with Bordley et al.'s Appeal from same decree. For reasons briefly given in an opinion just filed, in that case, at No. 137, July term, 1895 (ante, p. 464), we think there is nothing in the record that would justify us in disturbing the decree; nor does it appear to us that either of the specifications of error requires further notice.

Decree affirmed and appeal dismissed with costs to be paid by the appellants.